I HEREBY CERTIFY THAT THIS
DOCUMENT WAS SERVED BY FIRST
CLASS MAIL, POSTAGE PREPAID, TO
(SEE BELOW) AT THEIR RESPECTIVE
MOST RECENT ADDRESS OF RECORD IN
THIS ACTION ON THIS DATE

TO:          DATE:     DEPUTY CLERK:

/Petitioner 04/19/18    DV

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ELI MARTINEZ,<br><br>               Petitioner,<br><br>        v.<br><br>P. VASQUEZ, Warden,<br><br>               Respondent. | No. ED CV 16-02296-AB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///

///

///

///

///

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing
2  the Petition for lack of jurisdiction.
3
4  Dated: April 19, 2018
5                                    _____
6                                    ANDRÉ BIROTTE JR.
                                     United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28